# Decisions per curiam in Notarial matters from January 1 to June 14, 1914.

No. 346. Ex parte Joaquín Martínez Cintrón, Notary Public.—Petition by the National Surety Company for the cancellation of surety bond No. 2110 executed January 7, 1913. Decided January 7, 1914. Bond canceled to take effect March 7, 1914. The petitioner appeared by its resident secretary and agent, Mr. Harry F. Besosa.

No. 890. Ex parte Enrique Lefebre, Notary Public.—Petition by the National Surety Company for the cancellation of surety bond No. 2310 executed March 13, 1913. Decided January 14, 1914. Bond canceled to take effect March 15, 1914. The petitioner appeared by its resident secretary and agent, Mr. Harry F. Besosa.

No. 171. Ex parte Ricardo A. Gómez, Petitioner.—Petition for the approval of notarial surety bond executed by the National Surety Company on January 16, 1914. Decided January 16, 1914. Bond approved. The petitioner appeared *pro se.*

No. 364. Ex parte Miguel Márquez Morales, Petitioner.—Petition for the approval of notarial bond executed by the National Surety Company on January 17, 1914. Decided January 26, 1914. Bond approved. The petitioner appeared *pro se.*